UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARATHON FLINT OIL COMPANY,

          Plaintiff(s),                    Civil Action No.
                                          09-CV-14981
vs.

                                          HON. MARK A. GOLDSMITH

ZURICH AMERICAN INSURANCE
COMPANY,

          Defendant(s).
_____/

## ORDER OF REFERENCE TO FACILITATION

        Upon the Court's own motion,

        IT IS ORDERED that this case is referred to facilitation. The facilitation shall be completed by March 31, 2011. The facilitation shall be conducted by a mutually agreeable facilitator. The parties shall inform the Court of their choice by January 14, 2011, by filing a paper containing the name and contact information of the agreed upon facilitator. The hearing currently scheduled for January 20, 2011 is adjourned.

        IT IS FURTHER ORDERED that the facilitator's fees shall be equally borne by the parties.


Dated: January 7, 2011                    s/Mark A. Goldsmith
                                       MARK A. GOLDSMITH
                                        United States District Judge

## CERTIFICATE OF SERVICE

        The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 7, 2011.

                                        s/Deborah J. Goltz
                                        DEBORAH J. GOLTZ
                                        Case Manager